,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. S., <br><br>             Plaintiff, <br><br>     v. <br><br> UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), <br><br>             Defendant. | Case No. 26-cv-00255-WHO <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to Case No. 24-cv-06580, *A.L. v United States*.

**IT IS SO ORDERED.**

Dated: January 12, 2026



WILLIAM H. ORRICK
United States District Judge